**LAW OFFICES OF MANN & ELIAS**
IMAD Y. ELIAS - State Bar No. 163655
8383 Wilshire Boulevard, Suite 750
Beverly Hills, California 90211
323.857.5930 (direct)
323.857.9525 (fax)
Email: Imad@mannelias.com

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDO PIGGUE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROJECT RESOURCES GROUP, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No.: 2:19-CV04452-R-RAO<br><br>[PROPOSED] ORDER RE DISMISSAL<br><br>*[Filed Concurrently with Stipulation re Dismissal]* |

**ORDER**

It is hereby ordered and adjudged that this matter is dismissed with prejudice and that, except as otherwise provided in the agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 7, 2020

/s/ Fernando M. Olguin
United States District Judge